**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TERA B. LAU,
Plaintiff,

vs.  (Case: Case: 2024 10683 CICI)

CITY OF VOLUSIA, et al,
SANDRA C. UPCHURCH,
Defendants,
_____/

## PLAINTIFF'S MOTION TO TRANSFER VENUE
## PURSUANT TO 28 U.S.C. § 1404(a)

Plaintiff, Tera B. Lau, respectfully moves this Court, pursuant to 28 U.S.C. §

1404(a), to transfer this civil action to the United States District Court for

the Middle District of Florida. In support of this motion, the Plaintiff states as

follows:

1. This is a civil rights action brought by the Plaintiff, alleging deprivation

   of her constitutional rights under 42 U.S.C. § 1983. The Plaintiff's

   claims, however inartfully presented, arise from incidents that

   occurred in Volusia County, Florida, which is located within the Middle

   District of Florida.

2. Under 28 U.S.C. § 1404(a), a district court may transfer any civil action to any other district or division where it might have been brought "[f]or the convenience of parties and witnesses, in the interest of justice."

3. The Middle District Court is the more appropriate and convenient forum for this case. The majority of the events giving rise to the Plaintiff's claims occurred in Volusia County, which is located within the Middle District of Florida. The defendant and other witnesses are employed by the City of Volusia, which is also located within the Middle District of Florida.

4. The convenience of the parties and witnesses would be best served by transferring this case to the Middle District of Florida. The Plaintiff, as well as the majority of the witnesses and evidence are located within the Middle District of Florida. Transferring the case would minimize the burden and expense of travel for the parties and witnesses.

5. Furthermore, the interests of justice would be served by transferring this case to the Middle District of Florida. The events giving rise to the Plaintiff's claims occurred within the Middle District Court, and the

Middle District Court would be more familiar with the applicable state and local laws.

WHEREFORE, the Plaintiff respectfully requests this Honorable Court grant this Motion to Transfer Venue and transfer this case to the United States District Court for the Middle District of Florida.

Respectfully submitted,

Plaintiff
Tera B. Lau
2499 Crowley Terrace
Deltona, Florida 32738
386-215-1469
ezekielraineinfo@gmail.com